**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANTOS MARLENY VELASQUEZ DE CARCAMO,<br><br>Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>Respondent. | No. 11-72100<br><br>Agency No. A095-731-944<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 9, 2015[**]

Before:     WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

Santos Marleny Velasquez de Carcamo, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

her motion to reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We deny

the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In her opening brief, Velasquez de Carcamo fails to make any argument that the BIA abused its discretion in denying her motion to reconsider. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1260 (9th Cir. 1996) (denying the petition for review where petitioner failed "to address how the BIA abused its discretion by denying his motion to reopen and reconsider its decision").

**PETITION FOR REVIEW DENIED.**